UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>LISA ANN LEYBA,<br><br>                              Defendant(s). | Case No. 2:02-CR-502 JCM (PAL)<br><br>ORDER |

Presently before the court is the case of *United States of America v. Lisa Ann Leyba*, case number 2:02-cr-00502-JCM-PAL.

On February 19, 2015, the parties filed a joint stipulation for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).  (Doc. # 30).  The parties have reached an agreement concerning a discretionary sentence reduction.

Included in the joint stipulation is a declaration from the defendant consenting to the entry of an amended sentence and setting forth the appropriate waivers.  (Doc. # 30).  The joint stipulation also contains a certification by defense counsel that counsel has communicated with the defendant and that the defendant consents to the proposed resolution.  Finally, the joint stipulation sets forth the amended guidelines sentencing range as calculated by the parties and an agreement to a particular sentence.

The parties jointly request, for purposes of this court's adjudication of defendant's pending motion under 18 U.S.C. § 3582(c)(2), that the court direct the United States probation office to submit an addendum to the presentence investigation report (PSR), confirming defendant's revised guidelines imprisonment range and describing any public safety factors (including defendant's

**James C. Mahan**
**U.S. District Judge**

1  institutional history) relevant to this joint stipulation and discretionary relief under 18 U.S.C. §
2  3582(c)(2).

3      Accordingly,

4      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties' joint
5  stipulation (doc. # 30) be, and the same hereby is, GRANTED.  Defendant Lisa Ann Leyba shall
6  receive the agreed upon sentence reduction pursuant to 18 U.S.C. § 3582(c)(2).

7      IT IS FURTHER ORDERED that defendant's sentence of imprisonment is reduced to 151
8  months' imprisonment.  All other provisions of the judgment dated February 4, 2004, are to remain
9  in effect.  The effective date of defendant's sentence reduction shall be November 1, 2015.

10      IT IS FURTHER ORDERED that the United States probation office shall submit an
11  addendum to the presentence investigation report consistent with the foregoing by Monday, June
12  15, 2015.

13      DATED March 27, 2015.

                                                                                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**